UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-21743-BLOOM/Louis

CHRISTOPHER CARTER,

    Plaintiff,

v.

HOLLYWOOD CHRYSLER PLYMOUTH,
INC. d/b/a HOLLYWOOD CHRYSLER JEEP,

    Defendant.
_____/

## ORDER ON MOTION TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court upon Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint, ECF No. [5] (the "Motion"). In the Complaint, Plaintiff asserts a single claim for violation of the Fair Credit Reporting Act against Defendant. *See* ECF No. [1]. According to the Motion, Plaintiff voluntarily agreed to submit any and all disputes arising out of or relating to Plaintiff's purchase of a vehicle from Defendant to arbitration. *See* ECF No. [5] at 4-5. On June 11, 2019, Plaintiff filed a Notice of Non-Opposition to the Motion, to the extent it seeks that this action be stayed pending arbitration. S*ee* ECF No. [7].

As Plaintiff does not dispute that the case must be sent to arbitration, the only question before the Court is whether to dismiss the case or stay the case pending arbitration. Where the Court compels arbitration of all of the claims involved, the Court sees no benefit to a stay, as opposed to dismissal. *See Perera v. H&R Block Eastern Enterps., Inc.*, 914 F. Supp. 2d 1284, 1290 (S.D. Fla. 2012) ("The weight of authority clearly supports dismissal of the case when *all* of the issues raised in the district court must be submitted to arbitration.") (citations and quotations omitted). As such, the proper action is for the Court to dismiss this case.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, **ECF No. [5]**, is **GRANTED.**

2. The Parties shall submit the claim asserted in the Complaint to arbitration.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 11, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record